ants; Kings Highway Development Co., Inc., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

Henry Boles, Respondent, v. Munson Steamship Line, Inc., Appellant, and Others, Defendants.— Motion to substitute Tillie Boles as administratrix granted. Motion to set the case down for the November term denied. Notice of argument should be served and the appeal brought on in the regular way. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

Charles G. Bond, as Trustee in Bankruptcy of the Bam Realty and Construction Co., Inc., Respondent, v. New York Title and Mortgage Company, Appellant.— Motion for extension of time to answer amended complaint granted. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

Elsa Bribitzer, Respondent, v. George Wahlig and Antoni Bergan, Appellants.— Motion for stay granted. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

The Brooklyn National Bank of New York, Respondent, v. Robert Werblow and Others, Appellants.— Motion for extension of time granted. Present — Carswell, Scudder, Tompkins and Davis, JJ.; Lazansky, P. J., not voting.

John Carucci, Respondent, v. John Palombella, etc., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

Lillian Derrer, Respondent, v. The City of New York, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

Tillie Fireman, Respondent, v. Mannis Bernstein and Others, Appellants. — Motion for stay denied. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

Lena Fischer, Respondent, v. Marie Cordes, Appellant, and Others, Defendants.— Motion granted; time to serve bill of particulars extended until five days after determination of appeal upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

Lena Fischer, Respondent, v. Marie Cordes, Appellant, and Others, Defendants.— Motion granted; time to serve answer extended until five days after determination of appeal upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

Isidore Forman, Appellant, v. S. & L. Building Corporation, Respondent.— Motion to dismiss appeal denied upon condition that the appellant perfect the appeal for the January, 1932, term (for which term the case is set down) and be